UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CV414-74 |
| ) | |
| FIFTY-NINE (59) FIREARMS, ) | |
| ) | |
| *Defendants.* ) | |
| _____ ) | |

NOTICE OF FORFEITURE

**TO:** Ortiz Custom Gun Sales
c/o James L. Coursey, Jr., Esq.
Moore, Clarke, DuVall & Rodgers, P.C.
P.O. Box 8427
Savannah, Georgia 31401

The enclosed Complaint is sent pursuant to Rule G(4)(b), Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

1. DATE OF NOTICE: April 8, 2014

2. FORFEITURE COMPLAINT: On April 7, 2014, the United States of America filed a civil complaint seeking forfeiture, pursuant to 18 U.S.C. § 924(d)(1), in the United States District Court for the Southern District of Georgia against Fifty-Nine (59) Firearms, including:

| # | Firearm | Asset ID |
|---|---|---|
| 3 | Taurus Revolver, Model 4510, SN: GN745371 | 14-ATF-002910 |
| 4 | Ruger Pistol, LCP Model, SN: 371077675 | 14-ATF-002936 |
| 5 | Glock Pistol, Model 26, SN: UTY884 | 14-ATF-002938 |
| 6 | Ruger Pistol, LCP Model, SN: 371078535 | 14-ATF-002940 |
| 7 | SCCY Industries Pistol, Model CPX-1, SN: 087182 | 14-ATF-002941 |
| 8 | Smith & Wesson Pistol, M&P Model, SN: HPX3460 | 14-ATF-002944 |
| 9 | Smith & Wesson Pistol, Bodyguard Model, SN: CUH1418 | 14-ATF-002947 |
| 10 | Smith & Wesson Pistol, Bodyguard Model, SN: CUH1409 | 14-ATF-002950 |
| 11 | Sig Sauer Pistol, Equinox Model, SN: 52B002357 | 14-ATF-002951 |
| 12 | Remington Arms Rifle, Model 700, SN: RR65009C | 14-ATF-002952 |
| 13 | Glock Pistol, Model 19, Gen. 4, SN: VYA334 | 14-ATF-002953 |
| 14 | Smith & Wesson Pistol, Bodyguard Model, SN: KAN8998 | 14-ATF-002956 |

| # | Firearm | Asset ID |
|---|---------|----------|
| 15 | Sig Sauer Pistol, Model P238, SN: 27A226686 | 14-ATF-002958 |
| 16 | Glock Pistol, Model 32, Gen. 4, SN: UGE846 | 14-ATF-002959 |
| 17 | Glock Pistol, Model 17, SN: UZT303 | 14-ATF-002961 |
| 18 | Smith & Wesson Pistol, Bodyguard Model, SN: KAN8069 | 14-ATF-002962 |
| 19 | Smith & Wesson Pistol, Model 360, SN: CRR4372 | 14-ATF-002964 |
| 20 | Glock Pistol, Model 19, Gen. 4, SN: VKZ599 | 14-ATF-002965 |
| 21 | Smith & Wesson Pistol, Model 642, SN: CUE9235 | 14-ATF-002966 |
| 22 | Springfield Armory Pistol, Model DS, SN: XS923274 | 14-ATF-002973 |
| 23 | Glock Pistol, Model 22, SN: UWZ214 | 14-ATF-002975 |
| 24 | Glock Pistol, Model 21, SN: VGC428 | 14-ATF-002976 |
| 25 | Glock Pistol, Model 32C, SN: UUS640 | 14-ATF-002977 |
| 26 | Kimber Pistol, Eclipse Pro Model, SN: KR190412 | 14-ATF-002980 |
| 27 | Glock Pistol, Model 23C, SN: VMV485 | 14-ATF-002981 |
| 28 | Glock Pistol, Model 23C, SN: VMV483 | 14-ATF-002982 |
| 29 | Glock Pistol, Model 21SF, SN: VBN563 | 14-ATF-002983 |
| 30 | Glock Pistol, Model 17, Gen. 4, SN: AAGB816 | 14-ATF-002987 |
| 31 | Glock Pistol, Model 30S, SN: ULG035 | 14-ATF-002991 |
| 32 | Glock Pistol, Model G22, Gen. 4, SN: UWZ166 | 14-ATF-002994 |
| 33 | Smith & Wesson Pistol, M&P Shield Model, SN: HRB2762 | 14-ATF-002996 |
| 34 | Daniel Defense, Inc. Rifle, Model DDM14V7, SN: DD006552C | 14-ATF-002998 |
| 36 | Glock Pistol, Model 17C, SN: VTT773 | 14-ATF-003008 |
| 37 | Glock Pistol, Model 30S, SN: ULG024 | 14-ATF-003016 |
| 38 | Glock Pistol, Model 34, SN: ULK958 | 14-ATF-003018 |

3. FILING OF A VERIFIED CLAIM: Pursuant to Supplemental Rule G(5)(a)(ii), in order to avoid forfeiture of the defendant property, any person who asserts an interest in the defendant property **must** file a verified claim within **thirty-five** (**35**) days of the date of this notice, but **no later** than May 13, 2014.

4. CONTENTS OF VERIFIED CLAIM: Pursuant to Rule G(5)(a), the claim must (A) identify the specific property claimed; (B) identify the claimant and state the claimant's interest in the property; and (C) be signed by the claimant under penalty of perjury.

5. FILING OF AN ANSWER: If you file a verified claim, you **must** then file an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within **twenty** (**20**) days after filing the verified claim.

6. FILING WITH COURT AND SERVICE ON UNITED STATES: The verified claim and answer **must** be filed with the Office of the Clerk, United States District Court for the Southern District of Georgia, and a

copy of the claim and answer or motion must be sent to Jeffrey J. Buerstatte, Assistant United States Attorney, P.O. Box 8970, Savannah, Georgia 31412-8970.

**Failure to follow the requirements set forth above may result in judgment by default taken against you for relief demanded in the Complaint. You may wish to seek legal advice to protect your interests.**

This 8th day of April, 2014.

                                         EDWARD J. TARVER
                                         UNITED STATES ATTORNEY

                                         ***/s/ Jeffrey J. Buerstatte***
                                         _____
                                         Jeffrey J. Buerstatte
                                         Assistant United States Attorney
                                         Georgia Bar No. 093416

P.O. Box 8970
Savannah, Georgia 31412
(912) 652-4422

3

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This is also to certify that I have on this day served Ortiz Custom Gun Sales c/o James L. Coursey, Jr., Esq., via U.S. First Class Certified Mail, Return-Receipt Requested, at the following address:

> Ortiz Custom Gun Sales
> c/o James L. Coursey, Jr., Esq.
> Moore, Clarke, DuVall & Rodgers, P.C.
> P.O. Box 8427
> Savannah, Georgia 31401

This 8th day of April, 2014.

                                              EDWARD J. TARVER
                                              UNITED STATES ATTORNEY

                                              */s/ Jeffrey J. Buerstatte*
                                              _____
                                              Jeffrey J. Buerstatte
                                              Assistant United States Attorney
                                              Georgia Bar No. 093416

P.O. Box 8970
Savannah, Georgia 31412
(912) 652-4422