UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FIFTY-NINE (59) FIREARMS, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No.:  CV414-74 |

### CLAIMANT ORTIZ CUSTOM GUNS LLC'S ANSWER
### TO VERIFIED COMPLAINT FOR FORFEITURE IN REM

**NOW COMES** Claimant Ortiz Custom Guns LLC, ("Ortiz" or "Claimant Ortiz") by and through counsel, James L. Coursey Jr., and files this Answer to the government's Verified Complaint for Forfeiture In Rem ("Verified Complaint") in accordance with Supplemental Rule G of the Federal Rules of Civil Procedure:

### FIRST DEFENSE

Plaintiff failed to state a claim upon which relief may be granted.

### SECOND DEFENSE

Claimant is a bona fide purchaser for value of the Defendant firearms and did not know of the conduct allegedly giving rise to the forfeiture.

**THIRD DEFENSE**

The United States violated the Fourth and Fourteenth Amendments to the United States Constitution by conducting an unreasonable seizure of the Defendant firearms without probable cause and without warrant.

**FOURTH DEFENSE**

The United States initiated this cause of action vexatiously, frivolously, in bad faith and without foundation as to this Claimant.

**FIFTH DEFENSE**

Claimant answers the numbered paragraphs of the Verified Complaint as follows:

1. Claimant admits paragraph 1 of the Verified Complaint.

2. Answering paragraph 2 of the Verified Complaint, Claimant denies that the Defendant Property is subject to forfeiture pursuant to 18 U.S.C. § 924(d)(1) under the theory that the Defendant firearms were involved in or used in knowing violations of 18 U.S.C. § 922(g) under the Gun Control Act of 1968 ("GCA").

3. Answering paragraph 3 of the Verified Complaint, Claimant states that this paragraph is not an allegation of fact but rather a recitation of law and, as such, does not require a response by Claimant.

4. Claimant admits those portions of paragraph 4 of the Verified Complaint that identify the named Defendant property. Further answering paragraph 4 of the Verified Complaint, Claimant claims an interest in only those firearms numbered 3-34, 36-38, and 55 in paragraph 4 of the Verified Complaint. Further answering paragraph 4

of the Verified Complaint, Claimant is without information sufficient to form a belief as to when and if the Defendant properties were reported stolen.  Further answering paragraph 4 of the Verified Complaint, Claimant admits that the Defendant Properties are in the custody of the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") or its substitute custodian.

5. Claimant admits paragraph 5 of the Verified Complaint.

6. Claimant admits paragraph 6 of the Verified Complaint.

7. Claimant is without information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 7 of the Verified Complaint concerning what the owners of Patrick's Uniform & Gun Range may or may not have told law enforcement officials.  Further answering paragraph 7 of the Verified Complaint, Plaintiff admits that Ortiz Custom Guns LLC is a federally licensed firearm dealer in Savannah, Georgia, and that representatives of Ortiz Custom Guns LLC lawfully purchased the Defendant firearms from Patrick's Uniform & Gun Range in Garden City, Georgia.

8. Claimant admits that ATF agents conducted an investigation of some kind but Claimant is unaware of the extent, depth, direction or thoroughness of the agents' investigation at this time.  Claimant states, upon information and belief, that ATF's investigation did determine that J.L. (James Lowery, a representative Ortiz Custom Guns LLC) was *completely* unaware of any purported illegality by Patrick's Uniform & Gun Range when Ortiz Custom Guns LLC purchased firearms from Patrick's Uniform & Gun Range.  To the extent that the government attempts to describe J.L. as being "apparently

unaware" and not totally and completely unaware of any alleged illicit behavior by Patrick's Uniform & Gun Range is misleading, vexatious, disingenuous, defamatory and in bad faith towards J.L. and Claimant.  By further answer to paragraph 8, Claimant admits that approximately 21 of the firearms that it legitimately purchased from Patrick's Uniform & Gun Range were subsequently sold to its bona fide customers in the ordinary course of Claimant's business.

Claimant specifically admits that ATF agents recovered Defendant firearms from "unwitting" purchasers, as the government describes Claimant's innocent bona fide purchaser customers.  By further answer, Claimant states that ATF agents, without warrant and through a pattern and practice of heavy-handed, threatening, intimidating, slanderous, and bad faith conduct, did inappropriately and in violation of Claimant's innocent customers' Fourth and Fourteenth Amendment rights, seized lawfully purchased firearms without probable cause.

By further answer, Claimant is without information sufficient to admit or deny the allegation that ATF agents recovered Defendant Property from the Garden City Police Department.

9.    Claimant is without information sufficient to admit or deny the allegation that ATF published notice of administrative forfeiture online.

WHEREFORE, Claimant Ortiz Custom Guns LLC prays that the forfeiture of the subject firearms be denied, that Claimant be declared to be an innocent owner and that judgment be entered on its behalf.  Further, Claimant prays that the Court award

Claimant its costs, including statutory attorney's fees in defending this in rem action, and for such other and further relief as the Court deems just and proper.

Dated:  May 7, 2014

>Respectfully submitted,
>
>MOORE, CLARKE, DuVALL & RODGERS, P. C.
>
>*/s/ James L. Coursey, Jr.*
>Georgia Bar No. 190602
>114 Barnard Street, Suite 2B
>Savannah, GA 31401
>Telephone:   (912) 234-0995
>Facsimile:   (912) 234-0997
>E-Mail:   jcoursey@mcdr-law.com
>
>*Attorneys for Ortiz Custom Guns LLC*