IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA, )
)
    Plaintiff, )
)
v. ) CASE NO. CV414-074
)
SIXTY-TWO (62) FIREARMS, )
)
    Defendants. )
)

## **O R D E R**

Before the Court is the Government's Motion to Approve Settlement and Consent Order of Forfeiture. (Doc. 70.) The above-captioned matter involves sixty-two firearms that were alleged to be stolen from Uniforms By Patrick, Inc., Virgil A. Grace, and Patricia A. Grace. On April 7, 2014, the United States of America filed a civil complaint seeking forfeiture of fifty-nine of the firearms pursuant to 18 U.S.C. § 924(d)(1). (Doc. 1.) The following day, this Court issued a Warrant for Arrest as to Defendant firearms. (Doc 3.) On July 30, 2015, the United States amended the complaint and increased the number of firearms subject to forfeiture to sixty-two. (Doc. 31.)

Various parties filed claims to the property. (Doc. 34; Doc. 35; Doc. 36; Doc. 40; Doc. 41; Doc. 43; Doc. 44; Doc. 46.) Seeking to avoid the costs of litigation, the Government and Claimants have reached an agreement resolving all claims in this case. (Doc. 70-1.) After careful consideration, the Government's

motion is **GRANTED**. Accordingly, it is **HEREBY ORDERED** and **ADJUDGED**:

1. The Clerk of Court is **DIRECTED** to enter a Final Judgment of Forfeiture in favor of the United States against Firearm 35 of the Amended Complaint, specifically the Mag Tactical Systems, LLC Rifle, SN: MTS04995;

2. The Bureau of Alcohol, Tobacco, Firearms and Explosives shall distribute Firearm 1 of the Amended Complaint, specifically the Glock Pistol, Model 22, Gen. 4, SN:UUB704; and Firearm 2 of the Amended Complaint, specifically the Ruger Pistol, Model LC9, SN: 324-0039 to Uniforms by Patrick, Inc. at the close of the publication period;

3. Firearms 3-34 and 36-62 of the Amended Complaint shall be dismissed without prejudice, and the Bureau of Alcohol, Tobacco, Firearms and Explosives shall return said firearms to the parties from whom they were seized. Because these firearms shall be dismissed without prejudice, the Court has not made any adjudication on the merits or as to the rightful owner of the firearms identified in this Paragraph;

4. Claimants shall not be entitled to receive any further payment from the United States as a result of the seizure;

5. The parties shall be responsible for payment of their own expenses, including attorney's fees, incurred in connection with this proceeding.

6. The Court expressly retains jurisdiction for thirty days from the date of this order to enforce this order; and

7. The Clerk of Court is **DIRECTED** close this case.

SO ORDERED this 2nd day of October 2015.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

3