AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

United States of America

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV414-74

Sixty-Two (62) Firearms

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

That in accordance with the Order entered on October 2, 2015, judgment is hereby entered as outlined in the terms of the Settlement Agreement and Consent Order of Forfeiture.

| October 5, 2015 | Scott L. Poff |
|---|---|
| Date | Clerk |
| | *Elizabeth C. West* |
| | (By) Deputy Clerk |