**UNITED STATES ATTORNEY'S OFFICE**  **PROCESS RECEIPT AND RETURN**

| PLAINTIFF | **UNITED STATES OF AMERICA** | COURT CASE NUMBER CV414-74 |
|---|---|---|
| DEFENDANT | SIXTY-TWO (62) FIREARMS | TYPE OF PROCESS Final Order |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
ATF

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)
56 Park of Commerce Blvd., Suite B, Savannah, GA 31405

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

J Thomas Clarkson
Assistant United States Attorney
U S Attorney's Office, SDGA
P O Box 8970
Savannah, GA 31412

Number of process to be served with this Form

Number of parties to be served in this case

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

Pursuant to the Judicial Order, please dispose firearm 35 of the Amended Complaint according to law.

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER 912-201-2601
DATE 10/5/15

**SPACE BELOW TO BE FILLED OUT BY AGENCY ONLY**

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc, named above (See remarks below).

Name and title of individual served (If not shown above).

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode

Address (complete only if different than shown above)

Date of Service: 12/03/15   Time: AM/PM

Name and Signature of Agent: BRIAN A. MOORE

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges |
|---|---|---|---|
| | | | |

REMARKS: DESTROYED IN HAGERSTOWN, MD

**RETURN EXECUTED ORIGINAL TO THE U.S. ATTORNEY'S OFFICE**